## JUDGE FORREST

Edward W. Floyd
Luke F. Zadkovich
FLOYD ZADKOVICH (US) LLP
215 Park Avenue South, 11th Floor
New York, NY 10003
(917) 999-6914

ed.floyd@floydzad.com
luke.zadkovich@floydzad.com

**18 CV 7565**

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CZECH REPUBLIC,

                Petitioner,

    -against-

A11Y LTD.

                Respondent.
-----------------------------------------------------------------------x

Case No.:

**NOTICE OF PETITION TO CONFIRM A FOREIGN ARBITRAL AWARD**

To:   A11Y LTD.

Kemp House, 160 City Road
London, United Kingdom
EC1V 2NX

buchal@a11y.ltd.uk

A11Y LTD.

Albert House, 256-260 Old Street
London, United Kingdom
EC1V 9DD

buchal@a11y.ltd.uk

    **PLEASE TAKE NOTICE** that upon the annexed Petition to Confirm a Foreign Arbitral Award, the Declaration of Dr. Alfred Siwy in Support of Petition for an Order Confirming Foreign Arbitral Award and in Support of Petitioner Czech Republic's Motion for an Attachment, executed on August 17, 2018 (together with exhibits thereto including the June 29, 2018 award issued by the Tribunal in the matter A11Y Ltd. v. Czech Republic, ICSID Case No.

1

UNCT/15/1 [the "Award" ), the Accompanying Memorandum of Law in Support of Petition to Confirm a Foreign Arbitral Award, and all the papers and proceedings heretofore had herein, petitioner Czech Republic will move this Honorable Court, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order and judgment confirming the Award, directing that judgment be entered thereon, and granting such other and further relief as may be just and equitable under the circumstances.

Dated: New York, New York
      August 20, 2018

                          FLOYD ZADKOVICH (US) LLP

                          By: /s/ Edward W. Floyd
                                Edward W. Floyd
                                Luke F. Zadkovich

                          215 Park Avenue South, 11th Floor
                          New York, New York 10003

                          (917) 999-6914

                          ed.floyd@floydzad.com
                          luke.zadkovich@floydzad.com

To:   A11Y LTD.                        A11Y LTD.

Kemp House, 160 City Road        Albert House, 256-260 Old Street
London, United Kingdom            London, United Kingdom
EC1V 2NX                             EC1V 9DD

buchal@a11y.ltd.uk                 buchal@a11y.ltd.uk